

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN LOUIS TEGLOVIC,<br><br>　　　　　　Defendant. | CASE NO. SACR-20-00024-JVS<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the <u>Central District of California</u> involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓)  the appearance of defendant as required; and/or

    B. (  )  the safety of any person or the community.

2. The Court concludes:

    A. (  )  Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2

1  other persons or the community.  Defendant poses a risk to the
2  safety of other persons or the community based on:

3  _____
4  _____
5  _____
6  _____
7  _____

8   B. (✓)  Defendant has failed to demonstrate by clear and convincing
9  evidence that he is not likely to flee if released. Defendant poses
10  a flight risk based on: Failure to appear at
11  revocation hearing resulting in
12  bench warrant.
13  _____
14  _____
15  _____

16  IT IS ORDERED that defendant be detained.

17
18
19
20  DATED: February 27, 2025         *Alicia G. Rosenberg*
                                     HONORABLE ALICIA G. ROSENBERG
21                                   UNITED STATES MAGISTRATE JUDGE
22
...
28

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                                   Page 2 of 2